# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-20-00369-CV

### D. L. S., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-19-005125, THE HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## O R D E R

PER CURIAM

Appellant D. L. S. filed his notice of appeal on July 20, 2020.  The appellate record was complete July 30, 2020, making appellant's brief due August 19, 2020.  On August 19, 2020, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights.  *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition).  The accelerated schedule constrains this Court's leeway in granting extensions.  In this instance, we will grant the motion and order Lisa Marie Mims to file appellant's brief no later than September 8, 2020.  If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on August 27, 2020.

Before Justices Goodwin, Triana, and Smith